Mark D. Zukowski, Bar #006734
David L. Stout, Jr., Bar #024857
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7841
mzukowski@jshfirm.com
dstout@jshfirm.com

Attorneys for Defendant Trade Show
Technologies, Inc. dba TTI Logistics

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Norman Taylor, an unmarried adult individual, <br><br> Plaintiff, <br><br> v. <br><br> Lawrence B. Jackson; Trade Show Technologies, Inc. dba TTI Logistics, <br><br> Defendants. | NO. TBD <br><br> **NOTICE OF REMOVAL** |

Defendant, Trade Show Technologies, Inc. d/b/a TTI Logistics ("Removing Defendant"), hereby files the following Notice of Removal of this action, currently pending in the Superior Court of the State of Arizona, County of Navajo, Case No. S0900CV202000276, to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. As grounds for removal, Removing Defendant states as follows:

**PROCEDURAL HISTORY**

1. The above-captioned case commenced when Plaintiff, Norman Taylor, filed a Complaint in Superior Court in and for Navajo County, on July 20, 2020 (the "Complaint"). *See* Complaint, along with complete copy of Superior Court file, attached as Exhibit A.

8718097.1

2. Defendant, Trade Show Technologies, Inc. d/b/a TTI Logistics, was served with the Complaint on August 3, 2020. Defendant, Lawrence Jackson, has not yet been served with the Complaint.

3. A responsive pleading on Removing Defendant's behalf has not yet been filed.

**TIMELINESS OF REMOVAL**

4. Under 28 U.S.C. § 1446(b)(1), a notice of removal shall be filed within thirty (30) days after the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

5. This Notice of Removal is filed within thirty (30) days after the Complaint was served of Removing Defendant and, therefore, is timely. *See* 28 U.S.C. § 1446(b)(1).

6. A Notice of Filing Notice of Removal is being filed with the Superior Court in and for Navajo County. *See* Notice of Filing Notice of Removal (exclusive of exhibits), attached as Exhibit B.

**BASIS OF REMOVAL**

7. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00 and there is complete diversity of citizenship. *See* 28 U.S.C. § 1332(a).

8. Plaintiff's Complaint is based on an incident where he was allegedly struck by a tractor trailer driven by Lawrence Jackson. Plaintiff's Complaint alleges that Jackson was operating the tractor trailer within the scope of his employment or under the direction of Removing Defendant. Plaintiff sustained a left hip fracture as a result of the incident, and he has incurred approximately $168,000 in medical expenses. Accordingly, the amount in controversy exceeds $75,000.

9. According to the Complaint, Plaintiff resides in McIntosh County, Oklahoma, where he presumably intends to remain. He is thus considered a citizen of Oklahoma.

10. Removing Defendant, Trade Show Technologies, Inc. d/b/a TTI Logistics, is incorporated in New Jersey, and has a principal place of business in New Jersey. It is thus considered a citizen of New Jersey.

11. Defendant, Lawrence Jackson, resides in Piscataway, New Jersey, where he presumably intends to remain. He is thus considered a citizen of New Jersey.

12. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants "who have been properly joined and served must join in or consent to the removal of the action" for all actions removed based on diversity of citizenship. Since Defendant Jackson has not been served, his consent for removal is not needed. Regardless, undersigned counsel personally spoke with Defendant Jackson and confirmed his consent to removal.

**WHEREFORE**, Defendant, Trade Show Technologies, Inc. d/b/a TTI Logistics requests that the above action now pending in the Superior Court in and for Navajo County be removed to this Court.

DATED this 1st day of September 2020.

JONES, SKELTON & HOCHULI, P.L.C.

By s/David L. Stout, Jr.
Mark D. Zukowski
David L. Stout, Jr.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Trade Show
Technologies, Inc. dba TTI Logistics

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

s/Kadie G. Lewis