*EXHIBIT A*

Case 3:20-cv-08230-DLR   Document 1-3   Filed 09/01/20   Page 2 of 9

FILED
Deanne Romo
CLERK, SUPERIOR COURT
07/20/2020 2:26PM
BY: TBAKURZA
DEPUTY

Case No.: S0900CV202000276
HON. MICHALA RUECHEL

Mark P. Breyer (Bar No. 016862)
Mark T. Ichiyama (Bar No. 026703)
BREYER LAW OFFICES, P.C.
3840 East Ray Road
Phoenix, Arizona 85044
(480) 471-6198
minutes@breyerlaw.com

Attorneys for Plaintiff

## SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF NAVAJO

| | |
|---|---|
| NORMAN TAYLOR, an unmarried adult individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE B. JACKSON, and JANE DOE JACKSON, husband and wife, TRADE SHOW TECHNOLOGIES, INC. d/b/a TTI LOGISTICS a New Jersey corporation, JOHN DOES 1-5, JANE DOES 1-5, ABC CORPORATIONS 1-5,<br><br>Defendants. | No.<br><br>**COMPLAINT**<br><br>(Tort - motor vehicle) |

The Plaintiff, Norman Taylor, by and through undersigned counsel, for his complaint against the Defendants named herein alleges as follows:

1.  Norman Taylor was, at all times relevant to this action, a resident of McIntosh County, OK. At the time of the incident described herein, the Plaintiff is single and continues to be single at this time.

2.  Upon information and belief, Defendants Lawrence Jackson and Jane Doe Jackson are residents of Middlesex County, NJ.

1

Scanned with CamScanner

3. The Defendant Trade Show Technologies, Inc. d/b/a TTI Logistics is a New Jersey corporation doing business in Essex County, NJ.

4. At all times relevant hereto, the Defendant Lawrence Jackson was acting individually and on behalf of the marital community, if any, of Defendant Lawrence Jackson and Jane Doe Jackson, whose true name is unknown to Norman Taylor.

5. John and Jane Does 1-5 and ABC Corporations 1-5 are persons or entities whose conduct, true names and identities are unknown at this time. Norman Taylor requests leave to amend this pleading when that information is discovered.

6. The acts and omissions complained of herein occurred in Navajo County, Arizona, within the jurisdiction of this Court.

7. Jurisdiction and venue are appropriate in this Court. The amount in controversy exceeds the minimal jurisdictional limits of this Court.

8. Defendant Lawrence Jackson was acting within the course and scope of his employment or under the direction and control of Defendant Trade Show Technologies, Inc. d/b/a TTI Logistics such that legal liability is imputed to Defendant Trade Show Technologies, Inc. d/b/a TTI Logistics under the doctrine of Respondeat Superior and agency principles for the acts of Defendant Lawrence Jackson.

9. Defendant Trade Show Technologies, Inc. d/b/a TTI Logistics was independently negligent in the hiring, training, retention, and/or supervision of Defendant Lawrence Jackson which was a proximate cause of incident.

10. On June 5, 2019, Plaintiff Norman Taylor, was at the truck stop located at 3747 Express Dr. when Defendant Lawrence Jackson backed his truck into Mr. Taylor, knocking him to the ground and causing injury. Defendant Lawrence neglected to operate his vehicle with care to avoid colliding with Mr. Taylor and is liable for the subsequent injuries sustained by our client. See Arizona Accident Report No. #H19-00799.

2

Scanned with CamScanner

1     11.     The Defendant, Lawrence Jackson, drove negligently and was the sole cause of the collision with Norman Taylor.

    12.     As an actual, direct and proximate result of the Defendants' negligence, Norman Taylor suffered to date and will, to a reasonable probability, continue to suffer in the future, damages for pain, discomfort, suffering, disability, emotional stress and anxiety.

    13.     As an actual, direct and proximate result of the Defendants' negligence, Norman Taylor, suffered to date and will, to a reasonable probability, continue to suffer in the future, damages for permanent scarring and disfigurement.

    14.     As an actual, direct and proximate result of the Defendants' negligence, Norman Taylor has incurred reasonable expenses of necessary medical care, treatment and services rendered and such expenses are reasonably probable to be incurred in the future.

    15.     As an actual, direct and proximate result of the Defendants' negligence, Norman Taylor has lost earnings to date and will experience a decrease in earning power or capacity reasonably probable to occur in the future as well as other special/economic damages, past and future.

    16.     As an actual, direct and proximate result of the Defendant(s)' negligence, Norman Taylor has sustained and will sustain to a reasonable probability in the future, physical, emotional, personal property and other financial losses.

    17.     Defendant Lawrence Jackson's conduct of backing the truck into Mr. Taylor and knocking him onto the ground showed a conscious disregard for the health, welfare and safety of others was a direct and proximate cause of the incident that resulted in severe injuries to Norman Taylor.

3

Scanned with CamScanner

18. Defendants' conduct constitutes extreme and outrageous conduct that displays a conscious disregard for the safety of others such that a jury may award punitive damages against Defendants.

19. Plaintiff claims that the damages in this matter meet the criteria for Tier __3__ as specified in Rule 26.2(c)(3), Arizona Rules of Civil Procedure.

**WHEREFORE**, Norman Taylor prays for judgment against the Defendants as follows:

A. For general compensatory damages in a just and reasonable amount;

B. For the reasonable value of special damages incurred to date and those that will be incurred in the future for reasonable and necessary medical care;

C. For the reasonable value of special damages incurred to date and those that will be incurred in the future for lost earnings or wages and future lost earnings or wages;

D. For out of pocket expenses incurred;

E. For punitive damages in an amount to be proven at trial;

F. For court costs incurred; and

G. For such other and further relief as the Court deems just and proper.

Dated: July 20, 2020

**BREYER LAW OFFICES, P.C.**

/s/ Mark T. Ichiyama
Mark P. Breyer
Mark T. Ichiyama
3840 East Ray Road
Phoenix, Arizona 85044
Attorneys for Plaintiff

Person/Attorney Filing: Mark T. Ichiyama
Mailing Address: 3840 E Ray Rd.
City, State, Zip Code: Phoenix, AZ 85044
Phone Number: (480) 471-6198
E-Mail Address: minutes@breyerlaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 026703, Issuing State: AZ

FILED
Deanne Romo
CLERK, SUPERIOR COURT
07/20/2020 2:26PM
BY: TBAKURZA
DEPUTY

Case No.: S0900CV202000276
HON. MICHALA RUECHEL

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF NAVAJO

Norman Taylor
Plaintiff(s),
v.
Lawrence B. Jackson, et al.
Defendant(s).

Case No.

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Navajo County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Mark T. Ichiyama /s/
Plaintiff/Attorney for Plaintiff

AZturboCourt.gov Form Set M782770

Scanned with CamScanner

Mark P. Breyer (Bar No. 016862)
Mark T. Ichiyama (Bar No. 026703)
BREYER LAW OFFICES, P.C.
3840 East Ray Road
Phoenix, Arizona 85044
(480) 471-6198
minutes@breyerlaw.com

Attorneys for Plaintiff

## SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF NAVAJO

| | |
|---|---|
| NORMAN TAYLOR, an adult individual, <br><br> Plaintiff, <br><br> vs. <br><br> LAWRENCE B. JACKSON, and JANE DOE JACKSON, husband and wife, TRADE SHOW TECHNOLOGIES, INC. d/b/a TTI LOGISTICS a New Jersey corporation, JOHN DOES 1-5, JANE DOES 1-5, ABC CORPORATIONS 1-5, <br><br> Defendants. | No. S0900CV202000276 <br><br> **DEMAND FOR JURY TRIAL** |

Pursuant to Rule 38 of the Arizona Rules of Civil Procedure, Norman Taylor hereby demands a trial by jury.

Dated: July 28, 2020       **BREYER LAW OFFICES, P.C.**

/s/ *Mark T. Ichiyama*
Mark P. Breyer
Mark T. Ichiyama
3840 East Ray Road
Phoenix, Arizona 85044
Attorneys for Plaintiff

1

Scanned with CamScanner

Person/Attorney Filing: Mark T. Ichiyama
Mailing Address: 3840 E Ray Rd.
City, State, Zip Code: Phoenix, AZ 85044
Phone Number: (480) 471-6198
E-Mail Address: minutes@breyerlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 026703, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF NAVAJO

Norman Taylor
Plaintiff(s),
v.
Lawrence B. Jackson, et al.
Defendant(s).

Case No.   S0900CV202000276

SUMMONS

To: Jane Doe Jackson

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 100 East Code Talkers Drive, Holbrook, Arizona 86025 or electronically file your Answer through one of Arizona approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of NAVAJO

SIGNED AND SEALED this date: *July 20, 2020*

*Deanne Romo*
Clerk of Superior Court

By: *TBAKURZA*
Deputy Clerk

