Mark P. Breyer (Bar No. 016862)
Brian C. Fawber (Bar No. 028577)
BREYER LAW OFFICES, P.C.
3840 East Ray Road
Phoenix, Arizona 85044
480-219-0482
minutes@breyerlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISCTRICT OF ARIZONA

| | |
|---|---|
| Norman Taylor, an adult individual,<br><br>Plaintiff,<br><br>vs.<br><br>Lawrence B. Jackson, and Jane Doe Jackson, husband and wife, Trade Show Technologies, INC. d/b/a TTI Logistics a New Jersey corporation, John Does 1-5, Jane Does 1-5, ABC Corporations 1-5,<br><br>Defendants. | No. 3:20-cv-08230-DLR<br><br>**NOTICE OF SERVICE**<br><br>Assigned to the<br>Hon. Douglas Rayes |

Plaintiff Norman Taylor through undersigned counsel hereby give notice that they served upon counsel of record for Defendant on today's date via email their Initial Disclosure Statement in the above-captioned matter.

Dated: November 17, 2020         **BREYER LAW OFFICES, P.C.**

*/s/ Mark P. Breyer*

_____
Mark P. Breyer
Brian C. Fawber
3840 East Ray Road
Phoenix, Arizona 85044
Attorneys for Plaintiff

1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2020, I electronically transmitted the attached document to the Clerk's Office using the Cm/ECF System for filing and transmittal of Notice of Electronic Filing to the following Cm/ECF registrants:

Mark D. Zukowski, Esq.
David L. Stout
JONES, SKELTON & HOCHULI, P.L.C.
40 N. Central Ave., Ste. 2700
Phoenix, AZ 85004
Attorney for: Lawrence Jackson

_/s/ Delba G. Ortiz_
208267