1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                        **FOR THE DISTRICT OF ARIZONA**
8
9     Norman Taylor,                          No. CV-20-08230-PCT-DLR
10                    Plaintiff,               **ORDER**
11    v.
12    Lawrence B Jackson, et al.,
13                    Defendants.
14

15          The Court having reviewed the parties' Stipulation for Dismissal (Doc. 48), and
16    good cause appearing;

17          **IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed
18    with prejudice, each party to bear their own costs and attorneys' fees.

19          Dated this 9th day of June, 2021.

20
21
22
23
24                                            _____
                                              Douglas L. Rayes
25                                            United States District Judge
26
27
28